# EXHIBIT "A-1"

| HCDistrictclerk.com | NELSON, ELIJAH vs. JUUL LABS INC | 10/8/2020 |
|---|---|---|
| | Cause: 202047159     CDI: 7     Court: 281 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | | |
|---|---|---|---|---|
| **File Date** | 8/7/2020 | | | |
| **Case (Cause) Location** | | | | |
| **Case (Cause) Status** | Active - Civil | | | |
| **Case (Cause) Type** | Product Liability - Other | | | |
| **Next/Last Setting Date** | 12/14/2020 | | | |
| **Jury Fee Paid Date** | 8/7/2020 | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 281st |
| **Address** | 201 CAROLINE (Floor: 14) HOUSTON, TX 77002 Phone:7133686430 |
| **JudgeName** | CHRISTINE WEEMS |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| NELSON, ELIJAH | PLAINTIFF - CIVIL | | LAMACCHIA, LESLIE BRIGGS |
| JUUL LABS INC | DEFENDANT - CIVIL | | |
| ALTRIA GROUP INC | DEFENDANT - CIVIL | | |
| MOTHER MURPHYS LABS INC | DEFENDANT - CIVIL | | |
| ALTERNATIVE INGREDIENTS INC | DEFENDANT - CIVIL | | |
| TOBACCO TECHNOLOGY INC | DEFENDANT - CIVIL | | |
| ELIQUITECH INC | DEFENDANT - CIVIL | | |
| MCLANE COMPANY INC | DEFENDANT - CIVIL | | |
| EBY-BROWN COMPANY LLC | DEFENDANT - CIVIL | | |

| | | |
|---|---|---|
| CORE-MARK HOLDING COMPANY INC | DEFENDANT - CIVIL | |
| VALERO | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 1 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 2 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 3 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 4 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 5 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 6 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 7 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 8 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 9 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 10 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 11 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 12 | DEFENDANT - CIVIL | |
| FICTITIOUS DEFENDANT 13 | DEFENDANT - CIVIL | |
| VALERO C/O CT CORPORATION SYSTEM | REGISTERED AGENT | |
| ALTERNATIVE INGREDIENTS INC(IS A NORTH CAROLINAL CORPORATION) MAY BE | REGISTERED AGENT | |
| ALTRIA GROUP INC MAY BE SERVED BY SERVING REGISTERED AGENT | REGISTERED AGENT | |
| CORE-MARK HOLDING COMPANY INC (IS A DELAWARE CORPORATION) MAY BE | REGISTERED AGENT | |
| EBY-BROWN COMPANY LLC (IS A DELARE LIMITED LIABILITY COMPANY) MAY BE | REGISTERED AGENT | |
| ELIQUITECH INC (IS A MARYLAND CORPORATION) MAY BE SERVED BY | REGISTERED AGENT | |
| JUUL LABS INC (IS A DELAWARE CORPORATION) (PREVIOUSLY (D/B/A AS | REGISTERED AGENT | |
| MCLANE COMPANY INC (IS A TEXAS CORPORATION) MAY BE SERVED BY SERVING | REGISTERED AGENT | |
| MOTHER MURPHY'S LABORATORIES INC (IS A NORTH CAROLINA CORPORATION) | REGISTERED AGENT | |
| TOBACCO TECHNOLOGY INC (IS A MARYLAND CORPORATION) MAY BE SERVED | REGISTERED AGENT | |
| CIRCLE K STORES INC MAY BE SERVED BY SERVING ATTORNEY | DEFENDANT - CIVIL | |
| NELSON, ELIJAH | PLAINTIFF - CIVIL | LAMACCHIA, LESLIE BRIGGS |
| CIRCLE K STORES INC | DEFENDANT - CIVIL | |
| CIRCLE K STORES INC MAY BE SERVED THROUGH ITS REGISTERED AGENT | REGISTERED AGENT | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 9/16/2020 | AMENDED ORIGINAL PETITION | | | 0 | | LAMACCHIA, LESLIE BRIGGS | NELSON, ELIJAH |
| 8/7/2020 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 8/7/2020 | ORIGINAL PETITION | | | 0 | | LAMACCHIA, LESLIE BRIGGS | NELSON, ELIJAH |

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|---|
| 12/14/2020 08:00 AM | 281 | | Trial Coordinators Docket | DISMISS FOR WANT OF PROSECU-MTN TO (TRCP 165A) | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | VALERO C/O CT CORPORATION SYSTEM | 8/7/2020 | 8/7/2020 | | | | 73775099 | E-MAIL |
| | | | 1999 BRYAN ST STE 900 DALLAS TX 75201 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | VALERO C/O CT CORPORATION SYSTEM | 8/7/2020 | 8/7/2020 | | | | 73775099 | E-MAIL |
| | | | 1999 BRYAN ST STE 900 DALLAS TX 75201 | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ALTERNATIVE INGREDIENTS INC (IS A NORTH CAROLINAL CORPORATION) MAY BE | 8/7/2020 | 8/10/2020 | | | | 73775316 | E-MAIL |
| | | | 300 NORTH GREENE STREET SUITE 200 GREENSORO NC 27401 | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ALTRIA GROUP INC MAY BE SERVED BY SERVING REGISTERED AGENT | 8/7/2020 | 8/10/2020 | | | | 73775317 | E-MAIL |
| | | | 4701 COX ROAD SUITE 396 GLEN ALLEN VA 23060 | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CORE-MARK HOLDING COMPANY INC (IS A DELAWARE CORPORATION) MAY BE | 8/7/2020 | 8/10/2020 | | | | 73775319 | E-MAIL |
| | | | 1209 ORANGE STREET WILMINGTON DE 19801 | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | EBY-BROWN COMPANY LLC (IS A DELARE LIMITED LIABILITY | 8/7/2020 | 8/10/2020 | | | | 73775323 | E-MAIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | COMPANY) MAY BE | | | | | |
| | 1209 ORANGE STREET WILMINGTON DE 19801 | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ELIQUITECH INC (IS A MARYLAND CORPORATION) MAY BE SERVED BY | 8/7/2020 | 8/10/2020 | | 73775324 | E-MAIL |
| | ONE EAST PRATT STREET SUITE 901 BALTIMORE MD 21202 | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | JUUL LABS INC (IS A DELAWARE CORPORATION) (PREVIOUSLY (D/B/A AS | 8/7/2020 | 8/10/2020 | | 73775328 | E-MAIL |
| | 560 20TH ST SAN FRANCISCO CA 94107 | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | MCLANE COMPANY INC (IS A TEXAS CORPORATION) MAY BE SERVED BY SERVING | 8/7/2020 | 8/10/2020 | | 73775329 | E-MAIL |
| | 1999 BRYAN ST STE 900 DALLAS TX 75201 | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | MOTHER MURPHY'S LABORATORIES INC (IS A NORTH CAROLINA CORPORATION) | 8/7/2020 | 8/10/2020 | | 73775331 | E-MAIL |
| | 2826 S ELM-EUGENE STREET GREENSBORO NC 27406 | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | TOBACCO TECHNOLOGY INC (IS A MARYLAND CORPORATION) MAY BE SERVED | 8/7/2020 | 8/10/2020 | | 73775332 | E-MAIL |
| | ONE EAST PRATT STREET SUITE 901 BALTIMORE MD 21202 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | CIRCLE K STORES INC MAY BE SERVED THROUGH ITS REGISTERED AGENT | 9/16/2020 | 9/17/2020 | | 73788684 | E-MAIL |
| | 211 E 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 92192080 | Amended Original Petition | | 09/16/2020 | 94 |
| restricted | Original Petition Service Request | | 09/10/2020 | 94 |
| restricted | Request for citation (senitive data) | | 09/10/2020 | 1 |
| 91959944 | DCA Generic Letter | | 08/31/2020 | 1 |
| restricted | Complaint | | 08/07/2020 | 95 |
| -> 91637958 | Civil Case Information Sheet | | 08/07/2020 | 2 |

| | | | |
|---|---|---|---|
| restricted | Requests for Citations (Sensitive Data) (9 citations) | 08/07/2020 | 9 |